UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL SIMONDS,

                Plaintiff,

v.

SWEEPSTAKES CLEARINGHOUSE,

                Defendant.

No. C04-2426Z

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On January 27, 2005, the Court dismissed Plaintiff's case without prejudice, for failure to state a basis for federal court jurisdiction and for failure to set forth a plain statement of facts and legal claims showing he is entitled to relief. Minute Order, docket no. 12. On February 22, 2005, the Court dismissed a motion filed by Plaintiff and notified the parties that "any additional pleadings filed by the parties will be stricken" because the case had been dismissed. Minute Order, docket no. 13.

Because the case has been dismissed, the Court hereby STRIKES Plaintiff's motion for order to show cause, docket no. 24, and Plaintiff's motion for relief, docket no. 25.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 15th day of December, 2005.

BRUCE RIFKIN, Clerk

By   s/Casey Condon
      Casey Condon
      Deputy Clerk

MINUTE ORDER 1–